# IN THE SUPREME COURT OF THE STATE OF NEVADA

KEVIN DWAYNE DRUMMOND,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 69835

FILED

MAY 0 3 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to correct the presentence investigation report (PSI). Eighth Judicial District Court, Clark County; Kerry Louise Earley, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc: Hon. Kerry Louise Earley, District Judge
Kevin Dwayne Drummond
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

16-13894